No. 92–1511. GRYNBERG ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1591. JOHNSON v. CARTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–1609. ORLEBECK v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 92–1688. DOE, A MINOR, BY HIS FATHER AND NEXT FRIEND, DOE, ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1690. BALISTRIERI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1691. CONSOLIDATION COAL CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1697. DODGE ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 92–1699. JUSTICE ET AL. v. SUITS ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1703. NEWMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–1710. WOHLFARTH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1715. MARILAO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.